| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eugene Robert Boyles <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6702 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Ida Louise Boyles <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3962 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Western District of Virginia | | |
| Case number:   15–62078 | | |

## Order of Discharge                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Eugene Robert Boyles                                    Ida Louise Boyles

   <u>11/18/20</u>                                         **By the court:** <u>Rebecca B. Connelly</u>
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Virginia

In re: Case No. 15-62078-rbc

Eugene Robert Boyles  
Chapter 13

Ida Louise Boyles

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0423-6    User: admin    Page 1 of 3  
Date Rcvd: Nov 18, 2020    Form ID: 3180W    Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eugene Robert Boyles, Ida Louise Boyles, 1760 Anderson Hwy, Cumberland, VA 23040-2524 |
| cr | + | BANK OF AMERICA, N.A., c/o BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| 4195357 | | Appomattox County General District Court, PO Box 187, Appomattox, VA 24522-0187 |
| 4198779 | + | BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229, ( 23229-4833 |
| 4195359 | | Best Buy/ Capital One, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 4562609 | + | CARRINGTON MORTGAGE SERVICES, LLC, c/o PROBER & RAPHAEL, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 4867018 | + | CARRINGTON MORTGAGE SERVICES, LLC, c/o Shapiro & Brown, LLP, 501 Independence Parkway, Suite 203, Chesapeake, Virginia 23320-5174 |
| 4195360 | + | Call Federal Credit Union, 4605 Commerce Rd, Richmond, VA 23234-2233 |
| 4195363 | + | Cmg Southside Emergency Services, C/O Creditors Collection Service, PO Box 1022, Wixom, WI 48393-1022 |
| 4195364 | + | Coulter, Dove & Harris, KPC, 7900 Sudley Rd, Ste. 608, Manassas, VA 20109-2806 |
| 4195366 | + | Cumberland County General District Court, PO Box 24, Cumberland, VA 23040-0024 |
| 4195372 | + | Eos Cca, Po Box 981025, Boston, MA 02298-1025 |
| 4195373 | | Farmers Bank Of Appomattox, PO Box 216, Appomattox, VA 24522-0216 |
| 4195375 | + | Fredericksburg Cr Bur, 10506 Wakeman Dr, Fredericksburg, VA 22407-8040 |
| 4195379 | + | James River OBGYN, 7101 Jahnke Rd, Ste. 280, Richmond, VA 23225-4017 |
| 4195381 | + | L.O. Pfeiffer Jr., Treasurer, Cumberland County, PO Box 28, Cumberland, VA 23040-0028 |
| 4224262 | + | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4195385 | | Prince Edward County, General District Court, 111 South St, Farmville, VA 23901 |
| 4195386 | + | Radiology/ Richmond, 10506 Wakeman Dr, Fredericksburg, VA 22407-8040 |
| 4195387 | + | Sedona Summit Resort Owners Association, 10600 West Charleston Blvd, Las Vegas, NV 89135-1014 |
| 4257209 | + | Treasurer of Cumberland County, P.O. Box 28, Cumberland, VA 23040-0028 |
| 4195390 | + | Virginia Emergency Physicians, Po Box 981025, Boston, MA 02298-1025 |
| 4195371 | + | dsgi/ Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4195358 | | EDI: BANKAMER.COM | Nov 19 2020 02:43:00 | Bank Of America, Attn Bankruptcy Department, PO Box 982235, El Paso, TX 79998-2235 |
| 4235312 | | EDI: BANKAMER.COM | Nov 19 2020 02:43:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 4195362 | + | Email/Text: collect@ccsroanoke.com | Nov 18 2020 22:11:00 | CMG Farmville, C/O Creditors Collection Service, PO Box 21504, Roanoke, VA 24018-0152 |
| 4195361 | | EDI: CAPITALONE.COM | Nov 19 2020 02:43:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4204282 | | EDI: CAPITALONE.COM | Nov 19 2020 02:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4559693 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 18 2020 22:10:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 4195365 | | Email/Text: collect@ccsroanoke.com | | |

| District/off: 0423-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 18 2020 22:11:00 | Creditors Collection Service, PO Box 21504, Roanoke, VA 24018-0152 |
| 4195367 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 18 2020 23:34:55 | Dell Financial Services, C/O DFS Customare Care Dept, PO Box 81577, Austin, TX 78708 |
| 4195368 | + | EDI: RMSC.COM | Nov 19 2020 02:43:00 | Dick's Sporting Goods/ Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 4195369 | + | EDI: RMSC.COM | Nov 19 2020 02:43:00 | Discount Tire/ Synchrony Bank, Po Box 965036, Orlando, FL 32896-5036 |
| 4195370 | + | Email/Text: colleen.atkinson@rmscollect.com | Nov 18 2020 22:11:00 | Dominion Behavioral Healthcare, C/O Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 4195374 | | EDI: BLUESTEM | Nov 19 2020 02:43:00 | Fingerhut/ Web Bank, PO Box 1250, St Cloud, MN 56395-1250 |
| 4195376 | | Email/Text: specialhandling@glasserlaw.com | Nov 18 2020 22:10:00 | Glasser And Glasser, PLC, PO Box 3400, Norfolk, VA 23514-3400 |
| 4210748 | + | EDI: HY11.COM | Nov 19 2020 02:43:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 4195377 | + | EDI: HY11.COM | Nov 19 2020 02:43:00 | Hyundai Finance, Attn: Bankruptcy, Pob 20809, Fountain Valley, CA 92728-0809 |
| 4195378 | | EDI: IRS.COM | Nov 19 2020 02:43:00 | Internal Revenue Service, Insolvency Unit, 400 N 8th St No. 76, Richmond, VA 23219 |
| 4195380 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2020 22:10:00 | Kohls/ Capital One, Attn: Bankruptcy Department, PO Box 3043, Milwaukee, WI 53201-3043 |
| 4195382 | + | EDI: WFNNB.COM | Nov 19 2020 02:43:00 | Lane Bryant/ Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 4195383 | | EDI: RMSC.COM | Nov 19 2020 02:43:00 | Lowes/ Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 4195384 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 18 2020 22:11:00 | Nelnet/ Dept Of Education, 121 S 13th St, Lincoln, NE 68508-1922 |
| 4223845 | | EDI: PRA.COM | Nov 19 2020 02:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4198398 | | EDI: Q3G.COM | Nov 19 2020 02:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4195644 | | EDI: RECOVERYCORP.COM | Nov 19 2020 02:43:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4201373 | | EDI: AGFINANCE.COM | Nov 19 2020 02:43:00 | Springleaf Financial Services, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 4195388 | | EDI: AGFINANCE.COM | Nov 19 2020 02:43:00 | Springleaf Financial Services Of America, Drew Fitzgerald, Branch Manager, 105 Clarion Rd Ste K, Altavista, VA 24517-1168 |
| 4198576 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 18 2020 22:11:00 | U.S. Department of Education, C/O Nelnet, 3015 South Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 4195389 | | Email/Text: bkr@taxva.com | Nov 18 2020 22:11:00 | Virginia Department Of Taxation, Legal Unit, PO Box 2156, Richmond, VA 23218-2156 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0423-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 3180W | Total Noticed: 50 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bank of America, N.A., c/o BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| cr | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| cr | * | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, Fl 33131-1605 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Todd Rich | on behalf of Creditor Bank of America N.A. bkvaecfupdates@bww-law.com |
| Herbert L Beskin(82) | hbeskin@cvillech13.net bss@cvillech13.net |
| Jason Michael Floyd | on behalf of Creditor BANK OF AMERICA N.A. bkvaecfupdates@bww-law.com, Jason.floyd@bww-law.com |
| Margaret C. Valois | on behalf of Joint Debtor Ida Louise Boyles mv@vbclegal.com<br>paralegal@vbclegal.com;dfarish@vbclegal.com;mv@vbclegal.com;kthomas@vbclegal.com;paralegalvbc@gmail.com |
| Margaret C. Valois | on behalf of Debtor Eugene Robert Boyles mv@vbclegal.com<br>paralegal@vbclegal.com;dfarish@vbclegal.com;mv@vbclegal.com;kthomas@vbclegal.com;paralegalvbc@gmail.com |
| Nicole Lynnette McKenzie | on behalf of Creditor Carrington Mortgage Services LLC attorneynicolemckenzie@gmail.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 7